## STEVENS v. COMMONWEALTH.

(Decided October 16, 1931.)

ALLAN N. CISCO for movant.

J. W. CAMMACK, Attorney General (BASIL P. COOPER of counsel), for Commonwealth.

PER CURIAM. Judgment of conviction for violation of the prohibition law, imposing a fine of $100 and 30 days in jail.

Appeal denied; judgment affirmed.

## AUBREY v. COMMONWEALTH.

(Decided October 23, 1931.)

V. R. LOGAN for movant.

J. W. CAMMACK, Attorney General, for Commonwealth.

PER CURIAM. Judgment of conviction for violation of the prohibition law, imposing a fine of $145 and 30 days in jail.

Appeal denied; judgment affirmed.

## CROW v. COMMONWEALTH.

(Decided October 23, 1931.)

WILLIAM BLANTON for movant.

J. W. CAMMACK, Attorney General, and BASIL P. COOPER for Commonwealth.

PER CURIAM. Judgment of conviction for violation of breach of the peace imposing a fine of $100 and 100 days in jail.

Appeal denied; judgment affirmed.